THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIVERSAL MUSIC CORPORATION, BLUE'S BABY MUSIC, DIRTY DRE MUSIC, JAT CAT MUSIC PUBLISHING, INC., GOO EYED MUSIC, and MILKSONGS,<br><br>Plaintiffs,<br><br>v.<br><br>DIVE IN, INC., TY FRANZER, and ANTHONY JOHNSON,<br><br>Defendants. | No. _____<br><br>COMPLAINT |

Plaintiffs, by their undersigned attorneys, allege:

1. This is a suit for copyright infringement under Title 17 of the United States Code.

2. Plaintiffs allege three (3) causes of action for copyright infringement based on the Defendants' public performances of Plaintiffs' copyrighted musical compositions. SCHEDULE A, annexed to the Complaint, sets forth in summary form the allegations hereinafter made with respect to the Plaintiffs, their copyrighted musical compositions, and Defendants' acts of infringement.

COMPLAINT (NO. _____) – 1

LEGAL141829833.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## PARTIES

3.  The Plaintiffs named in Column 2* are the owners of the copyrights in the works listed in Column 3, and are properly joined in this Complaint under Rule 20 of the Federal Rules of Civil Procedure.

4.  On information and belief, defendant Dive In, Inc. ("Dive In"), is a corporation organized under the laws of Washington, with a principal place of business at 4330 Dayton Ave. N., Seattle, Washington 98103.

5.  At all times hereinafter mentioned Dive In did, and still does, own, control, manage, operate, and maintain a place of business for public entertainment, accommodation, amusement, and refreshment known as the High Dive, located at 513 North 36th Street, Seattle, Washington 98103.

6.  Musical compositions were and are publicly performed at the High Dive.

7.  On information and belief, defendant Ty Franzer ("Franzer") is an individual with a place of residence in Seattle, Washington.

8.  On information and belief, defendant Anthony Johnson ("Johnson" and, together with Dive In and Franzer, the "Defendants").

9.  On information and belief, Franzer and Johnson were, and still are, principals, directors, and/or officers of Dive In.

10. At all times hereinafter mentioned, Franzer and Johnson were, and still are, responsible for the control, management, operation, and maintenance of the affairs of Dive In.

11. At all times hereinafter mentioned, Defendants jointly had, and still have, the right and ability to supervise and control the activities that take place at the High Dive, including

---

* All references to "columns" herein refer to the numbered columns set forth in SCHEDULE A.

COMPLAINT (NO. _____ ) – 2

LEGAL141829833.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

the right and ability to supervise and control the public performance of musical compositions at the High Dive.

12. Each Defendant derives a direct financial benefit from the public performance of musical compositions at the High Dive.

## JURISDICTION AND VENUE

13. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a), and venue in this District is proper pursuant to 28 U.S.C. § 1400(a).

## FACTS AND BACKGROUND

14. The Plaintiffs are all members of the American Society of Composers, Authors, and Publishers ("ASCAP"), a membership association that represents, licenses, and protects the public performance rights of its more than 670,000 songwriter, composer, and music publisher members.

15. Each ASCAP member grants to ASCAP a non-exclusive right to license the performing rights in that member's copyrighted musical compositions. On behalf of its members, ASCAP licenses public performances of its members' musical works, collects license fees associated with those performances, and distributes royalties to its members, less ASCAP's operating expenses.

16. Since March 2012, ASCAP representatives have made more than sixty (60) attempts to contact the Defendants, or their representatives, agents, or employees, to offer an ASCAP license for the High Dive. ASCAP has contacted Defendants by phone, by mail, by email, and in person.

COMPLAINT (NO. _____) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL141829833.2

17. Defendants have refused all of ASCAP's license offers for the High Dive.

18. ASCAP's various communications gave Defendants notice that unlicensed performances of ASCAP's members' musical compositions at the High Dive constitute infringement of ASCAP's members' copyrights in their musical works.

19. Notwithstanding the foregoing, Defendants have continued to present public performances of ASCAP's members' copyrighted music at the High Dive, including the copyrighted works involved in this action, without permission, during the hours that the High Dive is open to the public for business and presenting musical entertainment.

## CAUSES OF ACTION
## COPYRIGHT INFRINGEMENT

20. Plaintiff's reallege and incorporate by reference, as if fully set forth herein, the allegations in paragraphs 1-19 above.

21. Each of SCHEDULE A's three rows sets forth a cause of action for copyright infringement against Defendants.

22. The original musical compositions listed in Column 3 were created and written by the persons named in Column 4.

23. Each composition was published on the dates stated in Column 5, and since the date of publication has been printed and published in strict conformity with Title 17 of the United States Code.

24. The Plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17 of the United States Code, secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3,

COMPLAINT (NO. _____ ) – 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL141829833.2

and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6.

25. On the dates specified in Column 7, Defendants infringed the copyright in each composition named in Column 3 by featuring public performances of the compositions at High Dive for the entertainment and amusement of the patrons attending said premises, and Defendants threaten to continue such infringing performances.

26. The public performances at the High Dive of the Plaintiffs' copyrighted musical compositions on the dates specified in Column 7 were unauthorized: neither Defendants, nor any of the Defendants' agents, servants or employees, nor any performer was licensed by, or otherwise received permission from any Plaintiff, or any agent, servant, or employee of any Plaintiff, to give such performances.

27. In undertaking the conduct complained of in this action, Defendants knowingly and intentionally violated Plaintiffs' rights.

28. The many unauthorized performances at the High Dive include the performances of the three copyrighted musical compositions upon which this action is based.

29. At the times of the acts of infringement complained of, the Plaintiff named in each cause of action was an owner of a valid copyright in the composition therein named.

30. The said wrongful acts of the Defendants have caused and are causing great injury to the Plaintiffs, which damage cannot be accurately computed, and unless this Court restrains the Defendants from the further commission of said acts, said Plaintiffs will suffer irreparable injury, for all of which the said Plaintiffs are without any adequate remedy at law.

COMPLAINT (NO. _____ ) – 5

LEGAL141829833.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray:

A. That Defendants and all persons acting under the direction, control, permission, or authority of Defendants been joined and restrained permanently from publicly performing the afore-mentioned compositions -- or any of them -- and from causing or permitting the said compositions to be publicly performed at the High Dive, or in any business owned, controlled, managed, operated or conducted by Defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise.

B. That Defendants be decreed to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(1), namely, not more than Thirty Thousand Dollars ($30,000) nor less than Seven Hundred Fifty Dollars ($750) in each cause of action herein.

C. That Defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs.

D. For such other and further relief as may be just and equitable.

DATED this 7th day of November, 2018.

COMPLAINT (NO. _____) – 6

LEGAL141829833.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

s/ Harry H. Schneider, Jr., WSBA No. 9404
s/ Heath Hyatt WSBA No. 54141
Harry H. Schneider, WSBA No. 9404
Heath L. Hyatt, WSBA No. 54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: HSchneider@perkinscoie.com
E-mail: HHyatt@perkinscoie.com

*Attorneys for Plaintiffs*

COMPLAINT (NO. _____) – 7

LEGAL141829833.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**SCHEDULE A**

Schedule A

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1. | UNIVERSAL MUSIC CORPORATION<br><br>BLUE'S BABY MUSIC<br><br>DIRTY DRE MUSIC<br><br>JAT CAT MUSIC PUBLISHING INC. | THE WAY | Andre Harris<br><br>Jill H. Scott | July 18, 2000 | PA 1-244-689 | October 8, 2018 |
| 2. | GOO EYED MUSIC | I'M YOURS | Jason Mraz | February 13, 2008 | PA 1-679-602 | October 8, 2018 |
| 3. | MILKSONGS | INTERSTATE LOVE SONG | Dean DeLeo<br><br>Robert DeLeo<br><br>Eric Kretz<br><br>Scott Weiland | June 1, 1994 | PA 662-909 | October 8, 2018 |

142031746.1